IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

T. B.

    Plaintiff,                    No. Civ.S-07-926 JAM CMK

v.                               <u>RECUSAL ORDER</u>

CHICO UNIFIED SCHOOL DISTRICT, et al

    Defendants.
_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case pursuant to 28 U.S.C. Section 455(a).

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

DATED: July 2, 2008

                                      /s/ John A. Mendez
                                      HON. JOHN A. Mendez
                                      United States District Judge

1