**John P. Kelley CSB No. 168904**
LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

No. 2:07-CV-00926 GEB-CMK

T.B., a minor, by and through his parent, G.B.,

    Plaintiff

STIPULATION

v.

CHICO UNIFIED SCHOOL DISTRICT, CHET FRANCISCO, in his individual capacity, MAUREEN DIETZ, in her individual capacity, DALE DURNIAK, DAVE SCOTT in his individual capacity, CHERIE McGUIRE in her individual capacity, ERIC SNEDEKER in his individual capacity, JOYCE BURDETTE, in her individual capacity

    Defendants.
_____/

    IT IS HEREBY STIPULATED by and between the parties that Defendants' Motion to Compel Plaintiff T.B. to attend an Independent Medical Examination may be heard on shortened notice on March 26, 2009, at 9:30 a.m. Plaintiff's opposition will be due on March 23, 2009. Additionally, it is agreed telephonic appearances will be permitted if counsel so desires.

DATED: March 17, 2009

HALKIDES, MORGAN & KELLEY

BY:___/s/ JOHN P. KELLEY_____
     JOHN P. KELLEY
     Attorney for Defendants

DATED: March 17, 2009

LEIGH LAW GROUP

BY:___/s/ MANDY LEIGH_____
     MANDY LEIGH
     Attorney for Plaintiff

IT IS SO ORDERED.

March 25, 2009

                                        BY: /s/ Craig M. Kellison
                                            MAGISTRATE CRAIG KELLISON

PDF created with pdfFactory trial version www.pdffactory.com