IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.B., a minor, by and through his, parent, G.B., | 2:07-cv-00926-GEB-CMK |
| Plaintiff, | ORDER APPOINTING GUARDIAN AD LITEM AND RE SETTLEMENT OF MINOR'S COMPROMISE |
| v. | |
| CHICO UNIFIED SCHOOL DISTRICT; JOYCE BURDETTE, in her individual capacity; MAUREEN DIETZ, in her individual capacity; DALE DURNIAK, in his individual capacity; CHET FRANCISCO, in his individual capacity; CHERI McGUIRE, in her individual capacity; DAVE SCOTT, in his individual capacity; ERIC SNEDEKER, | |
| Defendants. | |

The petition for appointment of guardian ad litem filed June 23, 2009, is granted.  Further, in light of the parties' Notice of Settlement filed July 20, 2009, a motion for approval of the above referenced proposed settlement shall be filed so that it is timely noticed for hearing no later than September 28, 2009.

Dated:  July 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge