John P. Kelley CSB No. 168904

LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**

833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

T.B., a minor, by and through his parent, G.B.,

    Plaintiff

v.

CHICO UNIFIED SCHOOL DISTRICT, CHET FRANCISCO, in his individual capacity, MAUREEN DIETZ, in her individual capacity, DALE DURNIAK, DAVE SCOTT in his individual capacity, CHERIE McGUIRE in her individual capacity, ERIC SNEDEKER in his individual capacity, JOYCE BURDETTE, in her individual capacity

    Defendants.
_____/

No. 2:07-CV -00926 GEB-CMK

ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUANCE OF TRIAL

    This matter was presented to the court by joint stipulation of the parties to modify the scheduling order and request continuance of the trial. For good cause appearing,

    IT IS ORDERED THAT:

    1. All non-expert discovery is complete.

    2. Initial expert disclosure and report requirements shall be exchanged on or

before June 1, 2010, and any rebuttal expert disclosure on or before July 1, 2010.  All expert discovery shall be completed by November 2, 2010.

    3.  The last hearing date for motions shall be January 10, 2011.

    4.  The final pre-trial conference be set for March 7, 2011 at 3:30 p.m.  A joint pretrial statement shall be filed seven days prior to the hearing.

    5.  The trial in this matter be set to commence June 7, 2011, at 9:00 a.m.

    IT IS SO ORDERED:

DATED: 11/25/09

GARLAND E. BURRELL, JR.
United States District Judge