IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.B., a minor, by and through his parent G.B.,<br><br>        Plaintiff,<br><br>  v.<br><br>CHICO UNIFIED SCHOOL DISTRICT, CHET FRANCISCO, in his individual capacity, MAUREEN DIETZ, in her individual capacity, DALE DURNIAK, in her individual capacity, DAVE SCOTT, in his individual capacity, CHERIE MCGUIRE, in her individual capacity, ERIC SNEDEKER, in his individual capacity, JOYCE BURDETTE, in her individual capacity,<br><br>        Defendants. | 2:07-cv-00926<br><br>ORDER GRANTING THE PARTIES' REQUEST TO FILE DECLARTION UNDER SEAL |

On March 4, 2010 the Clerk's Office provided chambers with the following documents for *in camera* consideration of the parties' joint sealing request, each of which was stamped "SEALED" in red letters: "Joint Stipulation and [Proposed] Order for the Filing of Sealed Documents in Support of Defendants' Motion to Enforce Settlement Agreement" ("Stipulation"), "[Proposed] Order for the Filing of Sealed Documents in Support of Defendant[s]' Motion to Enforce Settlement Agreement and for Protective Order and In Camera

1 | Review" ("Proposed Order"), and a manilla envelope.  Inside the
2 | manilla envelope is the Declaration of Mandy G. Leigh ("Leigh"), to
3 | which are attached fifty-four exhibits.  Leigh's declaration and the
4 | attached exhibits shall be filed under seal; neither Leigh's
5 | declaration, nor the exhibits attached thereto shall be served on
6 | either party.
7 |     The Stipulation is stamped "FILED March 4, 2010"; this
8 | document shall be filed on the public docket.  The Proposed Order is
9 | stamped "Lodged March 4, 2010"; this document shall be filed on the
10 | public docket.

Dated:  March 8, 2010

                                                   *[signature]*
GARLAND E. BURRELL, JR.
United States District Judge